**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 25 2021**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Tony L. Lee , Plaintiff,

v.

Down Town Detition Center
Denver Couny Jail
John/Jane Doe , Defendant(s).
1-10 ,

**PRISONER'S MOTION AND AFFIDAVIT**
**FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

I request leave to commence this civil action without prepayment of fees or security

therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1.   I am unable to pay such fees or give security therefor.

2.   I am entitled to redress.

3.   The nature of this action is:

    1983 Complaint

_____

(Rev. 10/01/12)

4.   My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

   $149.33

5.   Are you in imminent danger of serious physical injury?

   __ Yes  X No  (CHECK ONE).  If you answered yes, briefly explain your answer:

6.   I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7.   I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

   I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on    6-21-2021
                 (Date)

                                               _____
                                               (Prisoner's Original Signature)

(Rev. 10/01/12)                      2

# AUTHORIZATION

I, _Tony L. Lee_ , request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b).  This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _Tony L. Lee_

Prisoner Signature: _Tony Lee_

**Inmate Accounts**

**LEE, TONY LAMONT**
DOB: 10/21/1966    Admitted: 04/30/2021
Building: 19A    C    Bunk: 43L
Avail/Rsvd: $149.33 / $0.00
Status:    **Active**

DPD Number
0000404556

Encumbered: $0.00
Recoverable: $0.00
Held: $0.00

 

Clear    Print    Make Entry

| Drawer Transactions | Batch Transactions | Resident Transactions |

| Transaction Type | Purpose / Reason | Receipt | Amount |
| --- | --- | --- | --- |
| +DEPOSIT CASH | | | |

| Date/Time | Transaction | Description | Amount | Balance | Due | Held | Reference |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/08/2021... | <URINALY... | EMBARC / UA 6/2/2021 | 0.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | URINALYSIS | EMBARC / UA 6/2/2021 | 0.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | <MEDICAL> | EMBARC / MED KITE #17 429967 | 0.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | MEDICAL | EMBARC / MED KITE #17 429967 | 0.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | <MEDICAL> | EMBARC / MED KITE #17 439710 | 0.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | MEDICAL | EMBARC / MED KITE #17 439710 | 0.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | <MEDICAL> | EMBARC / MED KITE #17 439793 | 0.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | MEDICAL | EMBARC / MED KITE #17 439793 | 0.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | <MEDICAL> | VOID-KITE 17 429967 NO CHARGE | 7.00 | 149.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | MEDICAL | VOID-KITE 17 429967 NO CHARGE | 7.00 | 142.33 | -7.00 | 0.00 | 06/08/202 |
| 06/08/2021... | <MEDICAL> | VOID-KITE 17 439710 NO CHARGE | 7.00 | 142.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | MEDICAL | VOID-KITE 17 439710 NO CHARGE | -7.00 | 135.33 | -7.00 | 0.00 | 06/08/202 |
| 06/08/2021... | <MEDICAL> | VOID-KITE 17 439793 NO CHARGE | 7.00 | 135.33 | 0.00 | 0.00 | 06/08/202 |
| 06/08/2021... | MEDICAL | VOID-KITE 17 439793 NO CHARGE | -7.00 | 128.33 | -7.00 | 0.00 | 06/08/202 |
| 06/04/2021... | <MEDICAL> | KITE 17 429967 | -7.00 | 128.33 | 0.00 | 0.00 | 06/04/202 |
| 06/04/2021... | MEDICAL | KITE 17 429967 | 7.00 | 135.33 | 7.00 | 0.00 | 06/04/202 |
| 06/04/2021... | <MEDICAL> | KITE 17 439710 | -7.00 | 135.33 | 0.00 | 0.00 | 06/04/202 |
| 06/04/2021... | MEDICAL | KITE 17 439710 | 7.00 | 142.33 | 7.00 | 0.00 | 06/04/202 |
| 06/04/2021... | <MEDICAL> | KITE 17 439793 | -7.00 | 142.33 | 0.00 | 0.00 | 06/04/202 |
| 06/04/2021... | MEDICAL | KITE 17 439793 | 7.00 | 149.33 | 7.00 | 0.00 | 06/04/202 |
| 06/04/2021... | ERF | OID:100639040-ComisaryRefund-Reg | 9.20 | 149.33 | 0.00 | 0.00 | 06/04/202 |
| 06/03/2021... | SECUREDE... | 59805719 Lee Tony L | 140.00 | 140.13 | 0.00 | 0.00 | 06/03/202 |
| 05/31/2021... | EPR | OID:100639040-ComisaryPurch-Reg | -9.20 | 0.13 | 0.00 | 0.00 | 05/31/202 |
| 05/24/2021... | EPR | OID:100638321-ComisaryPurch-Reg | -69.82 | 9.33 | 0.00 | 0.00 | 05/24/202 |
| 05/24/2021... | SECUREDE... | 54491466 Lee Tony L | 50.00 | 79.15 | 0.00 | 0.00 | 05/24/202 |
| 05/17/2021... | EPR | OID:100637285-ComisaryPurch-Reg | -70.86 | 29.15 | 0.00 | 0.00 | 05/17/202 |
| 05/14/2021... | DEPOSIT MO. | MO 27309612532 LYNETTE | 50.00 | 100.01 | 0.00 | 0.00 | 05/14/202 |
| 05/14/2021... | SECUREDE... | 59069188 Lee Tony L | 50.00 | 50.01 | 0.00 | 0.00 | 05/14/202 |
| 05/10/2021... | EPR | OID:100636646-ComisaryPurch-Reg | -55.03 | 0.01 | 0.00 | 0.00 | 05/10/202 |
| 05/07/2021... | SECUREDE... | 55995702 Lee Tony L | 50.00 | 55.04 | 0.00 | 0.00 | 05/07/202 |
| 04/30/2021... | DEPOSIT C... | BI | 5.04 | 5.04 | 0.00 | 0.00 | 04/30/202 |
| 04/30/2021... | PROCESSI... | ResMerge Service Initial Charge | 0.00 | 0.00 | 0.00 | 0.00 | 04/30/202 |
| 06/19/2020... | ZERO REL... | RELEASE TRANSACTION | 0.00 | 0.00 | 0.00 | 0.00 | 06/19/2020 |
| 06/18/2020... | DEPOSIT C... | BOOKIN | 0.00 | 0.00 | 0.00 | 0.00 | 06/18/2020 |
| 06/18/2020... | PROCESSI... | ResMerge Service Initial Charge | 0.00 | 0.00 | 0.00 | 0.00 | 06/18/2020 |
| 02/01/2013... | PROCESS ... | Write-off Payment for 'PROCESSING... | -30.00 | 0.00 | 0.00 | 0.00 | 02/01/2013 |
| 02/01/2013... | WRITEOFF ... | Write-off Deposit for 'PROCESSING ... | 30.00 | 30.00 | 30.00 | 0.00 | 02/01/2013 |
| 07/13/2010... | ZERO REL... | RELEASE TRANSACTION | 0.00 | 0.00 | 30.00 | 0.00 | 07/13/2010 |
| 07/07/2010... | DEPOSIT C... | BI | 0.00 | 0.00 | 30.00 | 0.00 | 07/07/2010 |
| 07/07/2010... | PROCESSI... | ResMerge Service Initial Charge | 30.00 | 0.00 | 30.00 | 0.00 | 07/07/2010 |
| 09/29/2008... | WITHDRA... | RELEASE OR CLOSEOUT TRANS... | -30.00 | 0.00 | 0.00 | 0.00 | 09/29/2008 |
| 09/27/2008... | JPAY DEP | JPay Deposit from ROSE PETTY | 30.00 | 30.00 | 0.00 | 0.00 | 09/27/2008 |
| 09/23/2008... | PROCESSI... | VOID-HERE ON WRIT | -30.00 | 0.00 | 0.00 | 0.00 | 09/23/2008 |
| 09/23/2008... | PROCESSI... | ResMerge Service Initial Charge | 30.00 | 0.00 | 30.00 | 0.00 | 09/23/2008 |
| 08/20/2008... | WITHDRA... | RELEASE OR CLOSEOUT TRANS... | -0.24 | 0.00 | 0.00 | 0.00 | 08/20/2008 |
| 08/12/2008... | EPR | OID:100087170-ComisaryPurch-Reg | -19.76 | 0.24 | 0.00 | 0.00 | 08/12/2008 |
| 08/09/2008... | JPAY DEP | JPay Deposit from ROSE PETTY | 20.00 | 20.00 | 0.00 | 0.00 | 08/09/2008 |
| 08/05/2008... | PROCESSI... | VOID-HERE ON WIRIT | -30.00 | 0.00 | 0.00 | 0.00 | 08/05/2008 |
| 08/05/2008... | PROCESSI... | ResMerge Service Initial Charge | 30.00 | 0.00 | 30.00 | 0.00 | 08/05/2008 |
| 07/08/2008... | ZERO REL... | RELEASE TRANSACTION | 0.00 | 0.00 | 0.00 | 0.00 | 07/08/2008 |

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _Tony L. Lee_

Signature of Authorized Prison Official: _____

Date: _____

## Certificate of Mailing:

I Tony L. Lee, do hereby certify that the original 28 U.S.C. 1915 was mailed to the Clerk of the Court 901 19th St. Rm: A105 Denver, CO. 80274 on 6-22-2021.

6/22/2021

4:20 AM